THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GERALD SAUL, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARGIE MILLER, Appellant.— Judgment reversed, the information dismissed and the fine remitted on the ground that the evidence was insufficient to establish the guilt of the defendant beyond a reasonable doubt. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., and Glennon, J., dissent and vote to affirm.

ROSE BRENNAN, Respondent, v. TRAVELERS INSURANCE COMPANY, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

STANDARD FACTORS CORPORATION et al., Appellants, v. MANUFACTURERS TRUST COMPANY, Respondent.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer and Dore, JJ. [182 Misc. 701.] [See post, p. 690.]

(February 23, 1945.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. IRVING TRUST COMPANY, Appellant, against WILLIAM W. MILLS et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

Per Curiam. Giving consideration to all the elements of value, we think the assessments on land and building should be further reduced as follows:

| Year | Land | Building |
|---|---|---|
| 1938–39 | $35,000 | $60,000 |
| 1939–40 | 35,000 | 57,500 |
| 1940–41 | 35,000 | 50,000 |
| 1941–42 | 30,000 | 47,500 |
| 1942–43 | 30,000 | 45,000 |
| 1943–44 | 30,000 | 43,000 |

As so modified the order so far as appealed from should be affirmed, with twenty dollars costs and disbursements to the relator-appellant.

Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ., concur.

Order so far as appealed from unanimously modified as indicated in opinion and as so modified affirmed, with twenty dollars costs and disbursements to the relator-appellant. Settle order on notice.